United States District Court
Southern District of Texas
**ENTERED**
April 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FAIRWAY PROJECT LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-02302 |
| | § | |
| ATEGRITY SPECIALTY INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice filed on March 19, 2026. Doc. #11. In accordance with the Joint Stipulation of Dismissal and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED WITH PREJUDICE, with each party to bear their own costs.

It is so ORDERED.

APR 10 2026
Date

The Honorable Alfred H. Bennett
United States District Judge